IN RE:                                                                                       Case No. _____

Horton, Kimberly D.                                                                          Chapter **13**
_____
Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ **281.00** in insta

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **70.25**    Check one    ☐ With the filing of the petition, or
                               ☑ On or before **January 30, 2012**

   $ **70.25**    on or before **February 29, 2012**
   $ **70.25**    on or before **March 30, 2012**
   $ **70.25**    on or before **April 30, 2012**

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filin shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed.

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a disch

_____     1/04/12      /s/ Kimberly Horton
Signature of Attorney               Date         Signature of Debtor
                                                 (In a joint case, both spouses must sign.)

_____                  _____
Name of Attorney                                 Signature of Joint Debtor (if any)

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepare compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S. and 342 (b); (3) if rules and guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for se bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for any fee from the debtor, as required under that section; and (4) I will not accept money or any other property from the debtor befor in full.

_____             _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of t responsible person, or partner who signs the document.*

_____

Address

_____             _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankru is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form fo A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only